People of the State of Illinois, Plaintiff, Defendant in Error, v. Harold Riddle, Defendant, Plaintiff in Error.

Gen. No. 11,027.

Second District.

August 22, 1957.

Released for publication September 9, 1957.

Taylor E. Wilhelm and Fred P. Wagner, for plaintiff in error; Donald C. Martin, State's Attorney, for defendant in error. Opinion by JUSTICE CROW. Not to be published in full.